FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:15cr0373-002 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v | ) | |
| | ) | **MOTION TO EXTEND SELF-SURRENDER DATE** |
| ERIC JONES | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes the Defendant, by and through undersigned counsel and respectfully requests and moves this Honorable Court to extend his self surrender date until after July 1, 2016.  Defendant's daughter graduates on June 8, 2016, and his wife will have surgery in mid June.

Defendant is compliant with all terms of his release, and has cooperated fully with the government thus far.

Respectfully submitted,

s/James A. Jenkins
James A. Jenkins
Attorney for Defendant
55 Public Square, Suite 2100
Cleveland, Ohio 44113
(216) 363-6003
Reg.No. #0005819

CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2016, a copy of the Foregoing was filed electronically. Notice of this filing will be sent by operation of the Court*s electronic filing system. Parties may access this filing through the Court*s system.

Respectfully submitted,

 s/James A. Jenkins
 JAMES A. JENKINS Attorney for
 Defendant